**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-6064**

———————

TA'KUAN BINGHAM,

Plaintiff - Appellant,

v.

K. D. RAMEY; T. SMITH, Sgt.,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Michael F. Urbanski, Senior District Judge.  (7:24-cv-00661-MFU-CKM)

———————

Submitted:  April 10, 2025                                    Decided:  April 15, 2025

———————

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Ta'Kuan Bingham, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ta'Kuan Bingham appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A(b).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order. *Bingham v. Ramey*, No. 7:24-cv-00661-MFU-CKM (W.D. Va., Jan. 3, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
